# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

PAMELA J. GRAFFICE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.:08-cv-528-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

The decision of defendant Michael J. Astrue, Commissioner of Social Security, is AFFIRMED and plaintiff Pamela J. Graffice's appeal is DISMISSED.

PETER OPPENEER
**Peter Oppeneer, Clerk**

/s/ S. Vogel
**by Deputy Clerk**

4/7/09
**Date**